1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| United States of America,    | Case No.:   16cr1714-JLS |
|---|---|
| *Plaintiff*, | **Order Terminating Supervised Release** |
| v. | |
| Justin Pecoraro, | |
| *Defendant*. | |

    Good cause having been shown, it is hereby ordered that the remaining term of supervised release for Justin Pecoraro, the defendant in the above matter, be terminated pursuant to 18 U.S.C. § 3583.

    IT IS SO ORDERED.

Dated:  July 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge